IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| United States of America, | : | Case No. 3:13-po-145 |
| Plaintiff, | : | (Magistrate Judge Ovington) |
| v. | : | |
| Gregory Nicoll, | : | |
| Defendant. | : | |

## ENTRY GRANTING MOTION FOR MODIFICATION
## OF EXISTING LIMITED DRIVING PRIVILEGES

This matter is before the Court pursuant to the motion of Defendant, Gregory Nicoll, for a modification of his existing limited driving privileges in regard to the suspension currently in effect in this matter. Upon review and consideration of same, and for good cause shown, said motion is well taken and GRANTED.

In addition to any other statutory limited driving privileges, and in accordance with the above, Defendant is hereby granted limited driving privileges to drive to, from and during his employment with SVG Chevrolet, LLC, 1225 E. Russ Rd., Greenville, OH 45331. (937) 548-7643. Defendant's supervisor is Robert L. Shepherd, and his hours are Monday through Saturday 9 a.m. to 9 p.m. Defendant is also granted privileges to drive to the other SVG stores located at 880 E. National Rd., Vandalia, OH 45377, and 547 S. Main Street, Englewood, OH 45322 as work circumstances dictate. Defendant is further ordered to maintain his valid liability insurance (currently held with Progressive) on any vehicle he operates pursuant to these limited driving privileges.

SO ORDERED:

Magistrate Judge Ovington

1